Submitted April 11; in Case No. 19CN02935, affirmed without opinion; in Case No. 18CR52446, appeal dismissed May 4, 2022

STATE OF OREGON,
*Plaintiff-Respondent,*

*v.*

JONATHAN RICHARD CLINE,
*Defendant-Appellant.*

Washington County Circuit Court
18CR52446, 19CN02935;
A171796 (Control), A171797

508 P3d 598

Ramón A. Pagán, Judge.

Ernest G. Lannet, Chief Defender, Criminal Appellate Section, and Francis C. Gieringer, Deputy Public Defender, Office of Public Defense Services, filed the brief for appellant.

Ellen F. Rosenblum, Attorney General, Benjamin Gutman, Solicitor General, and Peenesh Shah, Assistant Attorney General, filed the brief for respondent.

Before Powers, Presiding Judge, and Lagesen, Chief Judge, and Hellman, Judge.

PER CURIAM

In Case No. 19CN02935, affirmed without opinion. In Case No. 18CR52446, appeal dismissed. *State v. Hunt*, 307 Or App 71, 476 P3d 530 (2020), *rev den*, 367 Or 535 (2021).